# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, § | Case No. 2:25-cv-00442 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| ALLY FINANCIAL, INC., § | |
| Defendant. § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff BrowserKey, LLC for purposes of receiving notices and orders from the Court.

Dated:  April 28, 2025                     Respectfully submitted,

                                            */s/ Vincent J. Rubino, III*
                                            Vincent J. Rubino, III
                                            NY Bar No. 4557435
                                            Email: vrubino@fabricantllp.com
                                            **FABRICANT LLP**
                                            411 Theodore Fremd Avenue,
                                            Suite 206 South
                                            Rye, New York 10580
                                            Telephone: (212) 257-5797
                                            Facsimile: (212) 257-5796

                                            ***ATTORNEY FOR PLAINTIFF
                                            BROWSERKEY, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III